UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------------------------------------------------x
SHARLONDA PIERCE, individually and on behalf of all others similarly situated,

                             Plaintiff,

    -v.-

PHILLIPS & COHEN ASSOCIATES, LTD. and JOHN DOES 1-25,

                             Defendants.
---------------------------------------------------------------------------x

Civil Action No:
0:18-cv-01866

## NOTICE OF SETTLEMENT

    Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 31st day of July, 2018

                                              */s/Avraham Cutler*
                                          Avraham Cutler, Esq.
                                          **Ballon Stoll Bader & Nadler**
                                          729 7th Ave., 17th Floor
                                          New York, NY 10019
                                          Phone: 718-578-7711
                                          avicutler@gmail.com
                                          *Attorney for Plaintiff Sharlonda Pierce*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 31, 2018 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Avraham Cutler*
Avraham Cutler, Esq.