```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 18-1866(DSD/SER)
```

Sharlonda Pierce, individually
and on behalf of all others
situated,

       Plaintiff,

v.                                      **ORDER**

Phillips & Cohen Associates,
LTD and John Does 1-25,

       Defendants.

The court having been advised by counsel that the above-entitled action has been settled, or is in the process of being settled,

**IT IS HEREBY ORDERED** that this case is dismissed, the court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action upon good cause shown.

Dated: September 7, 2018

                                                  s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court